05-24-00209-CV



COLLIN COUNTY

**Stacey Kemp, County Clerk**
2100 Bloomdale Road,
Suite 12360
McKinney, Texas 75071
972-548-6463
www.collincountytx.gov

RECEIVED IN
5th COURT OF APPEALS
DALLAS, TEXAS

02/27/24 4:00:42 PM

Ruben Morin
Clerk

February 27, 2024

Jonathan B Bailey
Law Office of JB Bailey
8700 Stonebrook Parkway #2326
Frisco TX  75034

Re:     PB1-1777-2020
        JOYCE A. STEPHENS, Plaintiff, V. NATHANIAL REGGISH and VALANA YIANNIOS,
        Defendants.

Dear Sir/Madam,

Pursuant to Rule 34.5 (a) of the Texas Rules of Appellant Procedure, the trial court clerk will send the Clerk's Record to the Court of Appeals upon payment.  Pursuant to Rule 34.5 (b)(1), a request for additional items to be included in the Clerk's Record may be made in writing at any time before the Clerk's Record is prepared.  All documents requested to be included in the Clerk's Record must specifically describe the item filed with the trial court clerk.

The Notice of Appeal was filed on February 23, 2024.  Pursuant to Rule 35.3 (a) (2), there is a fee for preparation of the Clerk's Record.  The number of pages for the Clerk's Record on this appeal is 994. The cost is $ 1024.00.  The money is due on March 08, 2024.  This will allow the Clerk to prepare the record in a timely manner.  The Clerk's Record is due to the Court of Appeals on April 13, 2024.

**You must contact the Court Reporter of the Trial Court for preparation and fee of the Court Reporter's Transcript.**

If payment is not made by the due date, the Clerk's Office will contact the Court of Appeals for further action.

Sincerely,

ATTEST: STACEY KEMP, COUNTY CLERK

Collin County, Texas
2100 Bloomdale Road, Suite 12360
McKinney, Texas 75071
972-548-6463

Signed: 2/27/2024 3:47:48 PM

Issued By: _____,Deputy
                    Lisa Chambers

Letter to Appellant – Cost of Appeal